## HENRY S. BEACH *v.* UNITED STATES

**No. 5565.**—Invoice dated Tiaquepaque, Jal., Mexico, October 2, 1940.
Entered at El Paso, Tex., October 15, 1940.
Entry No. 519.

(Decided January 26, 1942)

*Philip Stein* for the plaintiff.

*Paul P. Rao*, Assistant Attorney General (*Samuel D. Spector*, special attorney), for the defendant.

DALLINGER, Judge: This appeal to reappraisement has been submitted for decision upon an oral stipulation of counsel for the parties hereto to the effect that the entered value of the involved merchandise represents its foreign value and that there is no higher export value.

On the agreed facts I find the foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930 as amended, to be the proper basis for the determination of the value of the merchandise here involved, and that such value is the entered value. Judgment will be rendered accordingly.